# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norgle, Charles R | USDJ    ND ILL | 5/15/12 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Dist Judge Active ND ILL | ☐ Nomination   ☐ Date<br>☐ Initial   ☒ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/1/11 to 12/31/11 |

7. Chambers or Office Address

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct faculty | Northwestern University Law School (Chicago) |
| | Adjunct Faculty The John Marshall Law School (Chicago) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE   2012 MAY 17 A 10 03   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R Norgle | 5/15/12 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse: see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | | | INCOME (yours, not spouse's) |
|---|---|---|---|---|---|
| 1 | Northwestern University Law School | 1/1/11 | 12/31/11 | Gross | $2,000 |
| 2 | The John Marshall Law School | " | " | Gross | 24,000 |
| 3 | | | | | |
| 4 | | | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | | |
|---|---|---|---|---|
| 1 | Part time | Elmhurst College | 1/1/11 | 12/31/11 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Charles R Norgle | 5/15/12 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Cards | consumer credit | J |
| 2. Bank of America | consumer credit | J |
| Citi Cards | consumer credit | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AA | NONE | | | T | BUY | 9/29/11 | J | | |
| 2. AA | NONE | | | T | BUY A | 9/29 | J | | |
| 3. AA | DIV | A | | T | — | 5/25/11 | | | |
| 4. AA | DIV | A | | T | — | 8/25/11 | | | |
| 5. T | NONE | | | T | BUY | 1-7-11 | J | | |
| 6. T | NONE | | | T | BUY A | 1-10 | J | | |
| 7. T | NONE | | | T | BUY A | 1-27 | J | | |
| 8. T | NONE | | | T | BUY A | 7-28 | J | | |
| 9. T | NONE | | | T | BUY A | 7-28 | J | | |
| 10. T | NONE | | | T | BUY A | 8-31 | J | | |
| 11. T | NONE | | | T | BUY A | 8-31 | J | | |
| 12. T | NONE | | | T | BUY A | 10-24 | F | | |
| 13. T | NONE | | | T | BUY A | 11-16 | F | | |
| 14. T | NONE | | | T | BUY | 12-16-11 | J | | |
| 15. T | DIV | A | | T | 5-2-11 | | — | — | |
| 16. T | DIV | A | | T | 8-1-11 | | — | — | |
| 17. T | DIV | A | | T | 10-1-11 | | — | — | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal            R =Cost (Real Estate Only) S =Assessment                T =Cash Market
   (See Column C2)            U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-12 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. T | | | | T | SELL P | 6-17 | J | | |
| 2. T | | | | T | SELL P | 9-15 | J | | |
| 3. T | | | | T | SELL | 9-20 | J | | |
| 4. T | | | | T | SELL | 9-24 | F | | |
| 5. T | | | | T | SOLD | 12-20 | F | | |
| 6. AVP | | NONE | | T | BUY | 10-27 | F | | |
| 7. AVP | | NONE | | T | SOLD | 10-27 | F | | |
| 8. BAC | | NONE | | T | BUY A | 9-21 | J | | |
| 9. BAC | | " | | T | BUY A | 9-21 | J | | |
| 10. BAC | | " | | T | BUY A | 9-27 | J | | |
| 11. BAC | | " | | T | BUY A | 9-30 | J | | |
| 12. BAC | | " | | T | BUY A | 10-11 | K | | |
| 13. BAC | | " | | T | BUY A | 10-13 | K | | |
| 14. BAC | | " | | T | BUY A | 10-14 | K | | |
| 15. BAC | | " | | T | BUY A | 11.04 | J | | |
| 16. BAC | | " | | T | BUY A | 11.04 | J | | |
| 17. BAC | | NOV | | T | BUY A | N-7 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N -$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q -Appraisal
U =Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O -$500,001 - $1,000,000
R =Cost (Real Estate Only)
V -Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
S -Assessment
W =Estimated

D =$5,001 - $15,000
H2 =More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000
T =Cash Market

E =$15,001 - $50,000

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES KORGE | 5-15-12 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-40 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BAC | NONE | | T | | BUY | A | 11-7 | J | |
| 2. BAC | " | | T | | BUY | A | 11-4 | J | |
| 3. BAC | " | | T | | BUY | A | 11-10 | J | |
| 4. BAC | " | | T | | BUY | A | 11-10 | J | |
| 5. BAC | " | | T | | BUY | A | 11-30 | J | |
| 6. BAC | " | | T | | BUY | A | 12-2 | K | |
| 7. BAC | " | | T | | BUY | A | 12-12 | J | |
| 8. BAC | " | | T | | BUY | | 12-19 | J | |
| 9. BAC | NONE | | T | | BUY | | 12-28 | J | |
| 10. BAC | " | | T | | SELL | | 7-1 | J | A |
| 11. BAC | " | | T | | SELL | | 7-21 | J | A |
| 12. BAC | " | | T | | SELL | | 8-15 | J | A |
| 13. BAC | " | | T | | SELL | | 8-24 | J | A |
| 14. BAC | NONE | | T | | SELL | | 9-24 | J | A |
| 15. BAC | " | | T | | SELL | | 10-18 | K | B |
| 16. BAC | " | | T | | SELL | | 11-30 | K | B |
| 17. BAC | NONE | | T | | SELL | | 11-30 | K | B |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3): J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2): Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
  U =Book Value  V =Other  W =Estimated

Name of Person Reporting

CHARLES NORGLE

Date of Report

5-15-12

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GSI | NONE | | T | | BUYA | 1-19 | J | | |
| 2. '' | '' | | + | '' | | 2·14 | J | | |
| 3. '' | '' | | + | '' | | 4-6 | J | | |
| 4. '' | '' | | + | '' | | 4-11 | J | | |
| 5. '' | '' | | + | '' | | 4·25 | J | | |
| 6. '' | '' | | + | '' | | 5·4 | J | | |
| 7. '' | '' | | + | '' | | 5·19 | J | | |
| 8. '' | '' | | + | '' | | 5·25 | J | | |
| 9. '' | '' | | T | '' | | 5 25 | J | | |
| 10. '' | '' | | T | '' | | 6·3 | J | | |
| 11. '' | '' | | T | '' | | 6·8 | J | | |
| 12. '' | '' | | + | '' | | 6·27 | J | | |
| 13. '' | '' | | T | '' | | 7·20 | J | | |
| 14. '' | '' | | T | '' | | 720 | J | | |
| 15. '' | '' | | + | '' | | 7·27 | J | | |
| 16. '' | '' | | T | '' | | 7·28 | J | | |
| 17. GSI | NONE | | + | '' | | 8·2 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less
   B =$1,001 - $2,500
   C =$2,501 - $5,000
   D =$5,001 - $15,000
   E =$15,001 - $50,000
   F =$50,001 - $100,000
   G =$100,001 - $1,000,000
   H1 =$1,000,001 - $5,000,000
   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less
   K =$15,001 - $50,000
   L =$50,001 - $100,000
   M =$100,001 - $250,000
   N =$250,001 - $500,000
   O =$500,001 - $1,000,000
   P1 =$1,000,001 - $5,000,000
   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000
   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)
   Q =Appraisal
   R =Cost (Real Estate Only)
   S =Assessment
   T =Cash Market
   U =Book Value
   V =Other
   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-12 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IBM | | NONE | T | | SOLD | 10-18 | K | B | |
| 2. RDS | | NONE | T | | SELL | 4-19 | J | A | |
| 3. RDS | | NONE | T | | SOLD | 4-20 | K | B | |
| 4. S | | NONE | T | | SELL P | 2-10 | J | A | |
| 5. S | | NONE | T | | SELL P | 3-22 | J | A | |
| 6. S | | NONE | T | | SOLD | 12-30 | K | B | |
| 7. DB | | NONE | T | | SELL P | 1-12 | J | A | |
| 8. DB | | NONE | T | | SELL P | 1-12 | K | A | |
| 9. DB | | NONE | T | | SOLD | 4-28 | K | A | |
| 10. PMF TAX EX | A | DIV | T | | SOLD | 10-3 | J | A | |
| 11. CSCO | A | DIV | T | | | 4-20 | | | |
| 12. CSCO | A | DIV | T | | | 7-27 | | | |
| 13. DD | A | DIV | T | | | 3-14 | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-12 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. GSI | | NONE | T | | BUY | A 9/29 | J | | |
| 2. GSI | | NONE | T | | BUY | A 9/29 | J | | |
| 3. JPM | | NONE | T | | BUY | A 11-14 | K | | |
| 4. JPM | | NONE | T | | BUY | A 11-15 | K | | |
| 5. JPM | | NONE | T | | BUY | A 11-16 | K | | |
| 6. JPM | | NONE | T | | BUY | A 11-17 | K | | |
| 7. JPM | | NONE | T | | BUY | 12-1 | K | | |
| 8. JPM | | NONE | T | | SELL P | 10-10 | K | B | |
| 9. JPM | | NONE | T | | SELL P | 10-14 | K | B | |
| 10. JPM | | NONE | T | | SELL P | 10-18 | K | B | |
| 11. JPM | | NONE | T | | SELL | 11-11 | K | B | |
| 12. JPM | | NONE | T | | SOLD | 11-14 | K | B | |
| 13. KFT | | NONE | T | | BUY | 12-22 | K | | |
| 14. MRK | | NONE | T | | BUY P | 1-13 | J | | |
| 15. MRK | | NONE | T | | BUY P | 1-13 | J | | |
| 16. MRK | | NONE | T | | BUY P | 1-18 | J | | |
| 17. MRK | | NONE | T | | BUY P | 4-5 | J | | |

1. Income Gain Codes: A = $1,000 or less  B = $1,001 - $2,500  C = $2,501 - $5,000  D = $5,001 - $15,000  E = $15,001 - $50,000
(See Columns B1 and D4)  F = $50,001 - $100,000  G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes  J = $15,000 or less  K = $15,001 - $50,000  L = $50,001 - $100,000  M = $100,001 - $250,000
(See Columns C1 and D3)  N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q - Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
(See Column C2)  U = Book Value  V - Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-12 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | MRK | | NONE | | T | BUY | 8-1 | J | | |
| 2. | MRK | A | DIV | | T | | 4-7 | | | |
| 3. | MRK | A | DIV | | T | | 7-8 | | | |
| 4. | MRK | A | DIV | | T | | 10-7 | | | |
| 5. | BAC | A | DIV | | T | | 9-23 | | | |
| 6. | BAC | A | DIV | | T | | 12-23 | | | |
| 7. | AA | A | DIV | | T | | 5-25 | | | |
| 8. | AA | A | DIV | | T | | 8-25 | | | |
| 9. | T | A | DIV | | T | | 5-2 | | | |
| 10. | T | A | DIV | | T | | 8-1 | | | |
| 11. | T | A | DIV | | T | | 4-1 | | | |
| 12. | MS | | NONE | | T | BUY | 12-30 | K | | |
| 13. | MOTR | | NONE | | T | BUY | 2-9 | J | | - |
| 14. | MOTR | | NONE | | T | SOLD | 2-14 | J | A | |
| 15. | NOK | | NONE | | T | BUY | 12-23 | K | | |
| 16. | NOK | | NONE | | T | SOLD | 12-23 | K | B | |
| 17. | | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-M |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PMF | | DIV | T | | BUY A | 1-12 | J | | |
| 2. PMF | | DIV | T | | BUY A | 1-14 | J | | |
| 3. PMF | | DIV | T | | BUY | 10-18 | J | | |
| 4. PMF TAX EX DIV | A | DIV | | | | 5-2 | | | |
| 5. PMF TAX EX DIV | A | DIV | | | | 8-1 | | | |
| 6. PMF TAX EX DIV | A | DIV | | | | 9-1 | | | |
| 7. PMF TAX EX DIV | A | DIV | | | | 11-1 | | | |
| 8. PMF TAX EX DIV | A | DIV | | | | 12-1 | | | |
| 9. PMF TAX EX DIV | A | DV | | | | 1-3 | | | |
| 10. QQQ | | NONE | T | | BUY | 3-1 | J | | |
| 11. X | | NOPE | T | | BUY A | 10-19 | J | | |
| 12. X | | NOPE | T | | BUY D | 10-19 | J | | |
| 13. X | | NONE | T | | BUY A | 10-25 | K | | |
| 14. X | | NOPE | T | | BUY A | 10-25 | J | | |
| 15. X | | NONE | T | | BUY A | 1025 | J | | |
| 16. X | | NONE | T | | BUY A | 10-25 | V | | |
| 17. X | | NONE | T | | BUY | 10-25 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes:  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

**Name of Person Reporting**

CHARLES NANGLE

**Date of Report**

5-5-12

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. X | NONE | T | | | SOLD | 6/28 | K | B | |
| 2. QQQ | NONE | T | | | SELL P | 9-23 | J | A | |
| 3. QQQ | NONE | T | | | SELL P | 10.4 | J | A | |
| 4. QQQ | NONE | T | | | SOLD | 12-22 | K | B | |
| 5. VZ | NONE | T | | | BUY A | 1-12 | J | | |
| 6. VZ | " | T | | | BUY A | 4-21 | J | | |
| 7. VZ | " | T | | | BUY A | 5-25 | J | | |
| 8. VZ | NONE | T | | | BUY | 7-22 | J | | |
| 9. VZ | NONE | T | | | SOLD | 9-29 | J | A | |
| 10. VZ | NONE | T | | | SOLD | 9-23 | J | A | |
| 11. WFC | NONE | T | | | BUY A | 10-19 | K | | |
| 12. WFC | NONE | T | | | BUY A | 10-19 | J | | |
| 13. WFC | NONE | T | | | BUY A | 10-19 | J | | |
| 14. WFC | NONE | T | | | BUY | 11-15 | K | | |
| 15. WFC | NONE | T | | | SELL | 11-15 | K | B | |
| 16. WFC | NONE | T | | | SOLD | 10-20 | K | B | |
| 17. IBM | NONE | T | | | SELL | 10-18 | K | B | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes:  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CHARLES NORGLE | 5-15-12 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FINANCIAL DISCLOSURE REPORT

Page 6 of 6
14

Name of Person Reporting

CHARLES A NORGLE

Date of Report

5-15-12

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544